**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | ) | |
|---|---|---|
| JACQUELINE P. HARRISON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 15-cv-2549-SHL-cgc |
| | ) | |
| TERESA JONES and MICHAEL KYLE, | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION**

On August 19, 2015, *Pro se* Plaintiff Jacqueline P. Harrison ("Plaintiff") filed a Complaint against Defendants Teresa Jones and Michael Kyle ("Defendants"), alleging "Discrimination on the Basis of Age, Sex and Race, Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination Act." (ECF No. 1 at 1.) On February 25, 2016, the Magistrate entered a Report and Recommendation recommending dismissal of Plaintiff's claims for Plaintiff's failure to serve either named defendant within 120 days of the filing of her Complaint, as is required by Fed. R. Civ. P. 4(m). (ECF No. 7.)

Pursuant to 28 U.S.C. § 636(b)(1)(C), Plaintiff was given fourteen days to file an objection to the Report and Recommendation; however, on March 11, 2016, Plaintiff filed a Motion for Extension of Time. (ECF No. 8.) Because of her mother's illness, Plaintiff requested an additional thirty days to object to the Report and Recommendation. The Court granted Plaintiff's Motion, extending the deadline to file her objections to April 11, 2016. (ECF No. 9.) That date has now passed, and Plaintiff has yet to file any objection to the Report and Recommendation. "When no timely objection is filed, the court need only satisfy itself that there

is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note.  After review of the Report and Recommendation and the docket, the Court finds no clear error with the Magistrate's recommendation to dismiss Plaintiff's case for failure to serve summonses on Defendants within 120 days of the filing of her Complaint.  The Court, therefore, **ADOPTS** the Report and Recommendation in its entirety.  Plaintiff's claims against Defendants are hereby **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**, this 12th day of April, 2016.

                                              s/ Sheryl H. Lipman
                                              SHERYL H. LIPMAN
                                              UNITED STATES DISTRICT JUDGE